IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>MARQUIS ANTOINE SMITH,<br><br>     Defendant.<br>_____/ | No. CR 12-00349 CW<br><br>ORDER REGARDING MOTION FOR REVOCATION OF PRE-TRIAL RELEASE ORDER<br>(Docket No. 9) |

On June 22, 2012, Magistrate Judge Donna M. Ryu granted Defendant release to the Newbridge Drug Treatment Facility. The United States moved for revocation of the order on June 25, 2012. This Court stayed the release order until the United States' motion could be decided. Defendant has not filed an opposition to the motion. The Court is inclined to grant the motion and maintain Defendant in custody. However, if Defendant wishes to file an opposition to the motion, he shall do so within seven days of the date of this order. The United States may file a reply four days after any opposition is filed. The matter will be decided on the papers.

Dated: 8/3/2012

                                  CLAUDIA WILKEN
                                  United States District Judge

cc: DMR